Kenneth M. Motolenich-Salas (Bar No. 027499)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone 602•530•8000
Facsimile 602•530•8500
E-mails:  ken.motolenich@gknet.com
Attorney for Defendant Rearz, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adult Printed Diapers, LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>Rearz, Inc., Cooshie Tooshiez, LLC d/b/a/ Crown Diapers, Faithfulness, LLC, Personal Care Medical Supplies, Northeast Mobility Center, SoftCradle.com, Daynitecare.ca, Littleforbig.com,<br><br>            Defendants. | No. 2:18-cv-00370-DJH<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT REARZ, INC.** |

   Notice is hereby given that Kenneth Motolenich-Salas of the law firm Gallagher & Kennedy, P.A. enters his appearance in this action as counsel for Defendant Rearz, Inc.

   RESPECTFULLY SUBMITTED this 28th day of March, 2018.

                                          GALLAGHER & KENNEDY, P.A.


                                          By:*/s/Kenneth M. Motolenich-Salas*
                                          Kenneth M. Motolenich-Salas (027499)
                                          2575 East Camelback Road
                                          Phoenix, Arizona 85016
                                          *Attorney for Defendant Rearz, Inc.*

1 **CERTIFICATE OF SERVICE**

2  I hereby certify that on this 28th day of March, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to all CM/ECF registrants in this action.

By: */s/ Kenneth M. Motolenich-Salas*