| | |
|---|---|
| 1 | **J. Clark Law Firm, PLLC** |
| 2 | Justin Clark (#030159) |
|   | 2 North Central Avenue |
| 3 | 18th and 19th Floors |
|   | Phoenix, AZ 85004 |
| 4 | Phone: 602-343-1884 |
| 5 | Fax: 602-343-1801 |
|   | Email: jmc@jclarklawfirm.com |
| 6 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| ADULT PRINTED DIAPERS, LLC, an Arizona limited liability company | | No.: 2:2018-cv-00370-DJH |
| | Plaintiff, | |
| vs. | | **COMPLAINT** |
| REARZ, Inc., a Canadian corporation, Cooshie Tooshiez, LLC D.B.A. Crown Diapers, a Utah limited liability company, Faithfulness, LLC, Personal Care Medical Supplies, The Bottom Half Group, LLC, Northeast Mobility Center, Soft Cradle Company, Daynitecare.ca, Littleforbig.com, and DOES 1-10, | | **PLAINTIFF'S ATTORNEY NOTICE OF CHANGE OF ADDRESS** |
| | Defendants. | |

Plaintiff's Counsel hereby submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents that are required to be submitted in hard copy should be directed to the following address:

Justin Clark
J. Clark Law Firm, PLLC
2 North Central Avenue, 18th and 19th Floors
Phoenix, AZ 85004

Respectfully submitted this  5th  day of    April    ,   2018   .

**J. Clark Law Firm, PLLC**

By:     /s/Justin Clark
          Justin M. Clark
          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2018, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this action.

By: */s/Justin Clark* _____