Kenneth M. Motolenich-Salas (Bar No. 027499)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone 602•530•8000
Facsimile 602•530•8500
E-mails:  ken.motolenich@gknet.com

Anderson J. Duff (*pro hac vice*)
REVISION LEGAL, PLLC
244 Fifth Avenue Suite 2230
New York, New York 10001
Telephone (212) 996-4103
Facsimile (212) 996-5863
E-mail:   Anderson@revisionlegal.com
*Attorneys for Defendant/Counterclaim Plaintiff Rearz, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Adult Printed Diapers, LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>Rearz, Inc., Cooshie Tooshiez, LLC d/b/a/ Crown Diapers, Faithfulness, LLC, Personal Care Medical Supplies, Northeast Mobility Center, SoftCradle.com, Daynitecare.ca, Littleforbig.com,<br><br>             Defendants. | No. 2:18-cv-00370-DJH<br><br>**NOTICE OF NO CHANGE OF TRADEMARK OR COPYRIGHT INFORMATION** |

Defendant Rearz, Inc. hereby respectfully provides notice that on May 2, 2018, it served its Responses to the Mandatory Initial Discovery Requests and documents bates labelled REARZ 1-46 via email on all counsel of record for Plaintiff Adult Printed Diapers, LLC and Defendant Northeast Mobility Center.

/ / /

/ / /

/ / /

/ / /

1  RESPECTFULLY SUBMITTED this 2nd day of May, 2018.

3  GALLAGHER & KENNEDY, P.A.

5  By:*/s/Kenneth M. Motolenich-Salas*
   Kenneth M. Motolenich-Salas (027499)
   2575 East Camelback Road
   Phoenix, Arizona 85016
   *Attorney for Defendant Rearz, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to all CM/ECF registrants in this action.

By: */s/ Kenneth M. Motolenich-Salas*