# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adult Printed Diapers LLC, | No. CV-18-00370-PHX-DJH |
| Plaintiff, | **ORDER SETTING SETTLEMENT CONFERENCE** |
| v. | |
| Rearz Incorporated, et al., | |
| Defendants. | |

This case has been referred to United States Magistrate Judge Eileen S. Willett for a settlement conference (Doc. 41). The purpose of the settlement conference is to facilitate resolution of the referenced case.

Rule 408, Federal Rules of Evidence, applies to all aspects of the settlement conference. All communications and information exchanges made in the settlement process, not otherwise discoverable, will not be admissible in evidence for any purpose. At the conclusion of the settlement conference, all documents submitted by the parties shall be returned, destroyed, or otherwise disposed of in the manner directed by the settlement judge.

Pursuant to Rule 16, Federal Rules of Civil Procedure, and 28 U.S.C. §473(b)(5),

**IT IS ORDERED THAT:**

1. Telephonic Status Conference is set on **Wednesday, September 5, 2018 at 2:00 p.m.**, before United States Magistrate Judge Eileen S. Willett, 602-322-7620. All counsel who will participate in the Settlement Conference shall participate in the Telephonic Status Conference. The Court will discuss the manner in which this Magistrate Judge conducts Settlement Conferences. In addition, counsel should be prepared to discuss any information which may assist the Court in helping the parties reach a fair resolution of issues pending before the Court. Counsel shall deliver or mail their respective Confidential Settlement Statement forms to the Magistrate Judge so that the Magistrate Judge can read them in preparation for the Telephonic Status Conference. Counsel for Plaintiff shall initiate the conference call to Chambers.

2. A Settlement Conference shall be held before United States Magistrate Judge Eileen S. Willett in Courtroom 606, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona, on **Monday, September 17, 2018 at 1:30 p.m.** The Settlement Conference shall continue until concluded by the court.

3. Sanctions may result, including possible dismissal of the case, if a party fails to:

- Physically appear at the Settlement Conference;
- Participate in good faith at the Settlement Conference;
- Timely submit the Confidential Settlement Statement attached hereto; OR
- Comply with any other portion of this order.

4. Each named party shall be physically present at the Settlement Conference unless the court finds good cause to permit a party to appear by telephone prior to the settlement conference being held.

5. A corporation, association, partnership, business entity, organization,

governmental agency, or political body shall appear through a representative having full binding settlement authority in addition to counsel.[1]

6. Counsel who will be responsible for trial of the lawsuit for each party shall personally appear and participate in good faith at the Settlement Conference.

7. Each party (i.e. each separately represented party and each unrepresented party) shall submit a completed settlement statement form (a copy is attached for your use) in an envelope marked "Confidential" addressed to Honorable Eileen S. Willett, Settlement Conference Judge, United States District Court, 401 West Washington Street, Suite 321, SPC 13, Phoenix, Arizona, 85003-2120. The statement may be **hand delivered or mailed**; however, it must be received by United States Magistrate Judge Eileen S. Willett on or before **Wednesday, August 29, 2018.**

8. If a party believes that the Settlement Conference would be a futile act[2] resulting in economic waste inconsistent with Rule 1, Fed. R. Civ. P., the party shall file a notice with the Court **no later than fourteen (14) days** after the date of this Order. The party shall also provide a copy of the notice to Magistrate Judge Eileen S. Willett's chambers. The notice shall explain in detail why the party believes the Settlement Conference would not be an efficient use of time and resources of the parties and the Court. Upon receiving the notice, the Court will arrange a telephonic conference with counsel to discuss whether the Settlement Conference, or another form of alternative dispute resolution, would help move the case towards resolution.

9. Failure to timely file the notice described in the preceding paragraph constitutes

---

[1] "Full binding settlement authority" within this Order means that the individual appearing for or on behalf of the Defendant(s) shall have the express authority and discretion to authorize payment to, or accept the terms of, Plaintiff's last settlement demand.

[2] A settlement conference may be deemed a futile act, for example, when a party or insurer adopts a position from which that party or insurer refuses to deviate.

- 3 -

a party's acknowledgment and agreement that there is a reasonable, good faith opportunity to resolve the case at the Settlement Conference.

Dated this 16th day of May, 2018.

_____
Honorable Eileen S. Willett
United States Magistrate Judge

# CONFIDENTIAL SETTLEMENT STATEMENT

IN RE: CV-

**THIS DOCUMENT IS CONFIDENTIAL AND SHOULD BE SENT DIRECTLY TO THE SETTLEMENT CONFERENCE JUDGE, HON. EILEEN S. WILLETT, UNITED STATES DISTRICT COURT, 401 WEST WASHINGTON STREET, SUITE 321, SPC 13, PHOENIX, AZ 85003. THIS DOCUMENT SHALL NOT BE SERVED ON THE OPPOSING PARTY NOR FILED WITH THE CLERK OF THE COURT. THIS DOCUMENT WILL BE DESTROYED AT THE CONCLUSION OF THE SETTLEMENT CONFERENCE PROCEEDINGS. NO REFERENCE TO THIS DOCUMENT OR ITS CONTENTS SHALL BE MADE IN ANY MOTIONS, BRIEFS OR OTHER DOCUMENTS FILED IN THIS CASE. THIS DOCUMENT SHALL BE INADMISSABLE IN EVIDENCE IN ANY JUDICIAL PROCEEDING.**

PARTY SUBMITTING STATEMENT: _____

NAME OF ATTORNEY SUBMITTING STATEMENT: _____
(OR PARTY IF UNREPRESENTED BY COUNSEL)

ADDRESS: _____

_____

PHONE: _____

FAX: _____

## FACTS
Give a brief statement of the undisputed facts. Give a brief statement of the disputed facts.

## ISSUES
List all issues to be negotiated:

## HISTORY
Give a chronology of significant events involving any prior settlement discussions and mediations attended, including each offer or demand made.

## CASE ANALYSIS: Yours
Describe from your perspective the strengths and weaknesses of your case:

## CASE ANALYSIS: Theirs
Describe from their perspective the strengths and weaknesses of their case:

## CRITERIA:
List the criteria you will use to decide if a proposal is acceptable:

List the criteria you believe they will use to decide if a proposal is acceptable:

OPTIONS:

Generate a list of possible options for each issue to be negotiated.

| ISSUES | OPTIONS |
|---|---|
|  |  |
|  |  |
|  |  |

ANY OTHER INFORMATION THAT YOU FEEL WOULD HELP THE SETTLEMENT CONFERENCE JUDGE:

DATED this _____ day of _____, 2014.

                                              Signature of Counsel or Party

**Please use the format provided to answer the questions posed. Please be courteous and reasonable in the length of your responses.**