Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, Arizona 85254
Telephone 202•257•3720
E-mail:   ken@motosalaslaw.com

Anderson J. Duff (*pro hac vice*)
REVISION LEGAL, PLLC
244 Fifth Avenue Suite 2230
New York, New York 10001
Telephone (212) 996-4103
E-mail:   Anderson@revisionlegal.com
*Attorneys for Defendant/Counterclaim Plaintiff Rearz, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Adult Printed Diapers, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>Rearz, Inc., Northeast Mobility Center, et al.,<br><br>            Defendants. | No. 2:18-cv-00370-DJH<br><br>**NOTICE OF NAME AND ADDRESS CHANGE FOR COUNSEL OF RECORD FOR DEFENDANT REARZ, INC.** |

Pursuant to LRCiv 83.3(d), the undersigned local counsel for Defendant Rearz, Inc. hereby respectfully provides notice of a firm name and firm address change. The new firm name and address are:

> Kenneth M. Motolenich-Salas (027499)
> MotoSalas Law, PLLC
> 16210 North 63rd Street
> Scottsdale, AZ 85254
> Email: ken@motosalaslaw.com
> Telephone: (202) 257-3720

RESPECTFULLY SUBMITTED this 30th day of June, 2018.

> MotoSalas Law, PLLC
> By:*/s/Kenneth M. Motolenich-Salas*
> Kenneth M. Motolenich-Salas (027499)
> 16210 North 63rd Street
> Scottsdale, Arizona 85254
> *Attorney for Defendant Rearz, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to all CM/ECF registrants in this action.

By: */s/ Kenneth M. Motolenich-Salas*