Anderson J. Duff (*pro hac vice*)
REVISION LEGAL, PLLC
244 Fifth Avenue Suite 2230
New York, New York 10001
Telephone (212) 996-4103
Facsimile (212) 996-5863
E-mail:   Anderson@revisionlegal.com
*Attorneys for Defendant Cooshie Tooshiez, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adult Printed Diapers, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Rearz, Inc., Cooshie Tooshiez, LLC d/b/a/ Crown Diapers, Faithfulness, LLC, Personal Care Medical Supplies, Northeast Mobility Center, SoftCradle.com, Daynitecare.ca, Littleforbig.com,<br><br>Defendants. | No. 2:18-cv-00370-DJH<br><br>**NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY PILOT PROJECT RESPONSES** |

Defendant Cooshie Tooshiez, LLC hereby provides notice that on July 3, 2018, it served its Responses to the Mandatory Initial Discovery Pilot Project via email on all counsel of record for Plaintiff Adult Printed Diapers, LLC and Defendant Northeast Mobility Center.

/   /   /

/   /   /

/   /   /

/   /   /

/   /   /

/   /   /

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 3rd day of July, 2018. |
| 2 | |
| 3 | REVISION LEGAL, PLLC |
| 4 | |
| 5 | By: /s/ Anderson J. Duff (*pro hac vice*)<br>Anderson Duff |
| 6 | 244 5th Ave. Ste. 2230<br>New York, New York 10001 |
| 7 | *Attorneys for Defendant Cooshie Tooshiez, LLC* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on the 3rd day of July, 2018, I electronically transmitted the foregoing |
| 3 | document to the attorneys of record for the parties as indicated below: |

Justin Clark (Bar No. 030159)
J. CLARK LAW FIRM, PLLC
2 North Central Avenue
18th and 19th Floors
Phoenix, Arizona 85004
jmc@jclarklawfirm.com
Attorney for Plaintiff
Adult Printed Diapers, LLC

Terence N. Cushing (Bar No. 022403)
Samantha L. Butler (Bar No. 024883)
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 East Camelback Road, Suite 440
Phoenix, Arizona 85016
tcushing@qpwblaw.com
Samantha.butler@qpwblaw.com
Attorneys for Defendant
Northeast Mobility Center

Florin Valeriu Ivan
Ivan & Kilmark PLC
P.O. Box 10400
Glendale, Arizona 85318
Notices_docket_glendale@ivankilmark.com

By: /s/ Anderson J. Duff
Anderson J. Duff

3