FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 0 9 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1  ADULT PRINTED DIAPERS, LLC
2  1635 STOCKER STREET
   LAS VEGAS, NV 89030
3  sales@adultprinteddiapers.com
   Tel. 702-462-4237
4  *Plaintiff*

5

6

7

8  **UNITED STATES DISTRICT COURT**
9  **DISTRICT OF ARIZONA**

10

11  Adult Printed Diapers, LLC,                    CASE No. 2:18-cv-00370-DJH
12
13          Plaintiff,                             **PLAINTIFF'S MOTION FOR 60-DAY**
14  vs.                                            **EXTENSION OF TIME TO LOCATE**
                                                   **NEW COUNSEL AND FILE RESPONSE**
15  Rearz, Inc. et al.,                            **TO PENDING MOTIONS FOR**
                                                   **SUMMARY JUDGMENT**
16
17          Defendants.                            *(Assigned to the Hon. Susan M. Brnovich)*

18

19          Plaintiff Adult Printed Diapers LLC respectfully requests that this Court grant it a 60-

20  day extension to the Motion for Summary Judgment filed by Cooshie Tooshiez LLC (Dkt.

21  105) and Motion for Summary Judgment filed by Rearz Incorporated (Dkt. 107).   This

22

23  extension is necessary to allow Plaintiff to deal with the unexpected and disruptive decision

24  by Plaintiff's previous counsel to withdraw without Plaintiff's consent.

25          As the Court is aware, this matter was filed in February 2018.  Plaintiff's counsel were

26  Justin Clark (trademark attorney) and Florin Ivan (litigation attorney).   There have been

27
28  extensive discovery, motion, and other proceedings.  Much of the important legal information

1   is "in the heads" of Plaintiff's former counsel, Mr. Clark and Mr. Ivan.   They withdrew

2   simultaneously.   Plaintiff was first advised of its prior counsel's intention to withdraw on

3   approximately March 27, 2019.   Thereafter, prior counsel participated in a trial setting

4   conference, but did not advise plaintiff that a trial date had been set for September 2019.

5   Plaintiff only learned about the trial setting on April 8, while speaking with a potential

7   replacement for Plaintiff's prior counsel.

8       Prior counsel filed a motion to withdraw without client consent on April 1.   That

9   motion was granted on April 4, before Plaintiff had a chance to respond or to be heard with

10  respect to how the withdrawal of prior counsel would seriously impact Plaintiff's ability to

12  respond to the pending motions for summary judgment and the upcoming trial.

14      Plaintiff has spoken with potential substitution counsel.   However, Plaintiff does not

15  believe that it will be retaining for trial any attorney with whom it has yet spoken.   In the

16  meantime, the April 15, 2019 deadline for the responses to the motions for summary judgment

17  is looming.   Plaintiff estimates that it will take approximately 30 days to locate new counsel

18  and familiarize him or her with the case.   It is anticipated that new counsel will then need the

20  30 days anticipated in Local Rule 56.1(d) to draft a response to the two pending motions for

22  summary judgment.

23      Based upon the foregoing, Plaintiff respectfully requests that this Court grant a 60-day

24  extension, through June 14, 2019, for its response to the two pending motions for summary

25  judgment.   Granting this extension would help ameliorate the effects of prior counsel's

27  sudden withdrawal and avoid prejudice to any party.

RESPECTFULLY SUBMITTED this 9th day of April, 2019.

**ADULT PRINTED DIAPERS, LLC**

/s/  Steve Pandi
    Steve Pandi
    Director of Marketing and authorized agent
    1635 Stocker Street
    Las Vegas, NV  89030

ORIGINAL of the foregoing filed
this 9th day of April, 2019 and
COPY of the foregoing mailed this same day to:

Anderson J Duff
Revision Legal PLLC
244 5th Avenue, Suite 2230
New York, NY  10001
*Attorneys for Defendants Rearz Incorporated and Coshie Tooshiez, LLC*

Kenneth Michael Motolenich-Salas
MotoSalas Law PLLC
16210 N 63rd Street
Scottsdale, AZ  85254
*Attorneys for Defendant Rearz Incorporated*

/s/ Steve Pandi