# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adult Printed Diapers LLC, | No. CV-18-00370-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Rearz Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the Application for Withdrawal of Counsel without Consent (Doc. 138).

Only licensed attorneys may represent a corporation in federal court. Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsel, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries … that a corporation may appear in federal courts only through licensed counsel.") (citing Osborn v. President of Bank of U.S., 9 Wheat. 738, 829 6 L.Ed. 204 (1824)); D-Beam Ltd. P'ship v. Roller Derby Skates, Inc., 366 F.3d 972, 973-74 (9th Cir. 2004) ("It is a longstanding rule that 'corporations and other unincorporated associations must appear in court through an attorney'") (alteration and citation omitted); In re Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney"); United States v. High Country Broad. Co., 3 F.3d 1244, 1245 (9th Cir. 1993) (holding that a corporation's president and sole shareholder could not make an "end run around" the counsel requirement by intervening pro se rather than retaining counsel to represent the

corporation) (citing 28 U.S.C. 1654).

Accordingly, and pursuant to the Application for Withdrawal of Counsel Without Consent (Doc. 138) and good cause appearing,

**IT IS ORDERED** granting the Application (Doc. 138) and granting the withdrawal of Welsh Law Group as counsel of record in this matter.

**IT IS FURTHER ORDERED** that Plaintiff/Counter-Defendant has up to and including **September 23, 2019** to retain new counsel and for new counsel to file a Notice of Appearance in this action. Failure to obtain new counsel may result in the case being dismissed.

**IT IS FURTHER ORDERED** vacating oral argument scheduled for September 5, 2019.  The Motions for Summary Judgement will be ruled on without oral argument.

Dated this 28th day of August, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge