1
2
3
4
5
6
# IN THE UNITED STATES DISTRICT COURT
7
## FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| Adult Printed Diapers LLC, | No. CV-18-00370-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Rearz Incorporated, Cooshie Tooshiez LLC, Faithfulness LLC, Personal Care Medical Supplies, Northeast Mobility Center, Softcradle.com, Daynitecare.ca, and Littleforbig.com, | |
| Defendants. | |

IT IS ORDERED that the Clerk of Court terminate this case.


Dated this 10th day of October, 2019.


Honorable Susan M. Brnovich
United States District Judge